RECEIVED
OCT 22 PM 2:46

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

The E&E Group, LLC

**CASE NO.** 3-08-CV-4597-MMC

Plaintiff,

v.

SDB Trade International, L.P.

Defendant.

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Michael M. Gallagher, whose business address and telephone number is Hays, McConn, Rice & Pickering, 1233 West Loop South, Suite 1000 Houston, Texas 77027, (713) 654-1111

and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing SDB Trade International, L.P.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 27, 2008

Hon. Maxine M. Chesney
United States District Judge