IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE E&E GROUP, LLC,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SDB TRADE INTERNATIONAL, L.P.,<br><br>　　　　Respondent. | No. C-08-4597 MMC<br><br>**ORDER DIRECTING RESPONDENT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On November 10, 2008, respondent filed an Answer, a declaration in support thereof, and a Notice of Withdrawal of its motion to dismiss and for abstention. Respondent has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Respondent is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents. Respondent is hereby advised that if it fails in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies of

1  electronically-filed documents, the Court may impose sanctions, including, but not limited
2  to, striking from the record any electronically-filed document of which a chambers copy has
3  not been timely provided to the Court.
4  **IT IS SO ORDERED.**

6  Dated: November 18, 2008

MAXINE M. CHESNEY
United States District Judge